**FILED**

AUG 1 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRIS JAY SILAGI, | No. C 14-03048 BLF (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OFFICE OF ADMIN. HEARINGS, | |
| Defendant. | |

On July 3, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis* ("IFP").[1] (Docket Nos. 1 and 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was insufficient because he did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The notice included the warning that Plaintiff must respond within twenty-eight days to avoid dismissal of this action. (*Id.*) The deadline has since passed, and Plaintiff has failed to

---

[1] The matter was reassigned to this Court on August 4, 2014, after Plaintiff did not file a consent to proceed before the assigned magistrate judge. (*See* Docket Nos. 4 and 8.)

Order of Dismissal
03048Silagi_dism-ifp.wpd                           1

1  file a response. Accordingly, Plaintiff's case is DISMISSED without prejudice for failure
2  to pay the filing fee.
3       The Clerk shall terminate any pending motions and close the file.
4  **IT IS SO ORDERED.**
5
6  DATED: August 18, 2014              _____
                                                                          BETH LABSON FREEMAN
7                                                                            United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
03048Silagi_dism-ifp.wpd
2